Case 3:25-cv-01548-SRU Document 8 Filed 09/17/25 Page 2 of 2

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Ronnell Higgins
was received by me on *(date)* September 17 2025.

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________
______________________, a person of suitable age and discretion who resides there,
on *(date)* ______________________, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Rose Mary McGowan, who is designated by law to accept service of process on behalf of *(name of organization)*
Ronnell Higgins on *(date)* 9/18/2025; or

☐ I returned the summons unexecuted because ______________________
______________________; or

☐ Other *(specify)* ______________________

My fees are $______ for travel and $ 40.00 for services, for a total of $ 40.00 0.00

I declare under penalty of perjury that this information is true.

Date: 9/18/2025

[signature]
Servers signature

Lee Sparks Indifferent Person
Printed name and title

43 Bliss Street E. HTFD CT.
Servers address

Additional information regarding attempted service, etc:

Case 3:25-cv-01548-SRU Document 8 Filed 09/17/25 Page 2 of 2

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ronnell Higgins
was received by me on *(date)* September 17 2025.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Trooper HORTatschon, who is designated by law to accept service of process on behalf of *(name of organization)* Ronnell Higgins on *(date)* 9/18/2025; or

☐ I returned the summons unexecuted because ______; or

☐ Other *(specify)* ______

My fees are $______ for travel and $ 85.00 for services, for a total of $ 85.00 0.00

I declare under penalty of perjury that this information is true.

Date: 9/18/2025

[signature]
Servers signature

Lee Sparks Indifferent Person
Printed name and title

43 Bliss Street E Hartford CT.
Servers address

Additional information regarding attempted service, etc:

18

Case 3:25-cv-01548-SRU Document 8 Filed 09/17/25 Page 2 of 2

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* GARRett Eucalitto
was received by me on *(date)* September 17 2025

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________
______________________, a person of suitable age and discretion who resides there,
on *(date)* ______________________, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Rosemary McGovern, who is designated by law to accept service of process on behalf of *(name of organization)*
Garrett Eucalitto on *(date)* 9/18/2025 ; or

☐ I returned the summons unexecuted because ______________________
______________________; or

☐ Other *(specify)* ______________________

My fees are $______ for travel and $ 150.00 for services, for a total of $ 150.00 ~~0.00~~

I declare under penalty of perjury that this information is true.

Date: 9/18/2025

[signature]
Servers signature

Lee Sparks Indifferent person
Printed name and title

43 Bliss Street E. HTFD CT. 06
Servers address

Additional information regarding attempted service, etc: