# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

**Date** 2/12/2026

**QUINN ET AL**
Vs.
**EUCALITTO ET AL**

Start Time **9:36 AM**   End Time **12:26 PM**
Recess (if more than ½ hr) **10:24 AM** to **11:02 AM**
Recess (if more than ½ hr) **11:41 AM** to **12:20 PM**
Total Time **1** hour(s) **33** minute(s)

**Case #** 3:25-cv-01548-SRU
**Honorable Judge** Stefan R. Underhill
**Deputy Clerk** J. Reis
**Counsel for Pla(s)** D. Barrett, J. Gaylin, J. Blickley, E. Bildner
**Counsel for Dft(s)** T. O'Neill and O. Eagan
**Reporter/ECRO/Courtsmart** Melissa Cianciullo
**Interpreter** NA   **Language** NA
**Hearing held** ✓ in person   ☐ by video   ☐ by telephone

## HEARING AND TIME

- ■ Motion/Oral Argument
- ☐ Show Cause Hearing
- ☐ Evidentiary Hearing
- ☐ Judgment Debtor Exam
- ☐ Pretrial Conference
- ☐ Scheduling Conference
- ☐ Status Conference
- ☐ Settlement Conference
- ☐ Other: _____

## MOTIONS

- ■ Motion **to Dismiss (doc. no. 31)** filed by ☐ Pla ■ Dft ☐ granted ■ denied ☐ taken under advisement
- ■ Motion **for Preliminary Injunction (doc. no. 32)** filed by ■ Pla ☐ Dft ☐ granted ■ denied (without prejudice) ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____
- ☐ Status report due _____
- ☐ Hearing continued until _____ at _____

## NOTES

**The case is stayed.**

Rev. 3/21/24