The request for preliminary injunction is resolved on the following terms:

State Troopers shall not use Conn. Gen. Stat. §§ 53a-107 (First-Degree Criminal Trespass), 53a-108 (Second-Degree Criminal Trespass), 53a-109 (Third-Degree Criminal Trespass), 53a-181 (Second-Degree Breach of the Peace), 53a-182a (Obstructing Free Passage), 53a-182 (Disorderly Conduct), 13a-123 (Restriction of Outdoor Advertising Signs), or 13a-124 (Unauthorized Signs) to detain, identify, threaten, fine, disperse, or arrest individuals for peacefully assembling or for holding up signs conveying non-commercial, political messages when those individuals are on a sidewalk of an overpass that is not a limited-access highway.

In addition, State Troopers shall not detain, identify, threaten, fine, disperse, or arrest individuals for peacefully assembling or for holding up signs conveying non-commercial, political messages when those individuals are on a sidewalk of an overpass that is not a limited-access highway based on the pace, conduct, or reaction of traffic on the highway below.  Nothing in this Special Order shall prevent a trooper from responding to a call for service.

This directive does not prevent State Troopers from arresting, fining, or dispersing any individual who incites imminent unlawful action, engages in fighting words, affixes a sign to an overpass fence, drops an item from an overpass onto a highway below, or who stands in a roadway.

This language will be incorporated into a Special Order issued by the Commissioner within 10 business days of this agreement.  In the event that, after the promulgation of the Special Order described herein, the Commissioner determines that changes to the above language should be made, he shall, through counsel, share the proposed language with Plaintiffs' counsel who shall have 30 days to make any objections to the proposed changes and share them with Defendant's counsel.

If counsel for the parties are unable to resolve their differences regarding a proposed post-promulgation change to the Special Order, or its implementation after promulgation, the Plaintiffs shall give notice to the court that they seek to renew their motion for preliminary injunction.  The parties will further, with the assistance of the court, meet with a Magistrate Judge in an effort to resolve their differences prior to any hearing on the preliminary injunction.

This lawsuit shall be stayed for two years from the date the Commissioner issues the above-referenced Special Order, after which the lawsuit will be dismissed with prejudice without further action of the parties.

The parties request that the Court deny all pending motions without prejudice.